UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO CAZARES ROJAS,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>P.L. VASQUEZ,<br><br>　　　　　Respondent. | Case No. SACV 08-345 CJC(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, including respondent's Motion to Dismiss the Petition ("Motion to Dismiss") and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Motion to Dismiss be granted to the extent it seeks dismissal of the Petition for lack of exhaustion; and (2) Judgment be entered dismissing this action without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 24, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE