UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO CAZARES ROJAS,<br><br>               Petitioner,<br><br>     v.<br><br>P.L. VASQUEZ,<br><br>               Respondent. | Case No. SACV 08-345 CJC(JC)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is dismissed without prejudice.

DATED: February 24, 2009

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE